# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SHANTEL MCCLUNG**                                                            **PETITIONER**

**v.**                            **No.4:13CR106-SA-JMV**

**UNITED STATES OF AMERICA**                          **RESPONDENTS**

## ORDER REQUIRING GOVERNMENT TO RESPOND

The court has reviewed the movant's request to vacate, set aside, or correct her sentence, and is of the opinion that a response from the government is appropriate. It is **ORDERED** that within 60 days of the date of this order, the United States of America must submit a response to the instant motion.

**SO ORDERED**, this, the 16th day of December, 2016.

                                                           /s/ **Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**